

**The relief described hereinbelow is SO ORDERED.**

**Signed November 23, 2016.**

_(signature)_ Ronald B. King
_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HECTOR GALINDO RODRIGUEZ | § | CASE NO. 16-70177-RBK |
| | § | CHAPTER 13 |
| | § | |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S SCHEDULES

ON THIS DAY came on to be considered Debtor's *Motion for Extension of Time to File Debtor's Schedule,* and it appearing that the same is well taken, it is

ORDERED that the Debtor herein shall have until Dec 3 2016, to file Chapter 13 Schedules.

# # #

This *Order* was prepared by and is being submitted by:
*Jeanne Morales, Attorney*
P.O. Box 11043
Midland, TX  79702
*Attorney for Debtor*
By:  Jeanne Morales
(432) 682-8855