**Fill in this information to identify your case:**

| Debtor 1 | Hector | Galindo | Rodriguez |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-70177**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................ | **$160,500.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................. | **$79,653.35** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................ | **$240,153.35** |

## Part 2:   Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$115,372.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F............................... | **$4,323.71** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F................ + | **$118,087.27** |
| | Your total liabilities | **$237,782.98** |

## Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I.............................................................. | **$6,933.18** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J.................................................................. | **$3,979.00** |

| Debtor 1 | Hector | Galindo | Rodriguez | | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a. Domestic support obligations. (Copy line 6a.)   _____

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)   _____

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)   _____

   9d. Student loans. (Copy line 6f.)   _____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   _____

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   +_____

   9g. **Total.** Add lines 9a through 9f.   _____

**Fill in this information to identify your case and this filing:**

Debtor 1 — First Name: __Hector__  Middle Name: __Galindo__  Last Name: __Rodriguez__

Debtor 2
(Spouse, if filing) — First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known): __16-70177__

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   - ☐ No. Go to Part 2.
   - ☑ Yes. Where is the property?

1.1.
**2 acres with house and store**

_____
County

**What is the property?**
Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other __2 acres with house and sto__

**Who has an interest in the property?**
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $160,500.00

Current value of the portion you own? $160,500.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Homestead**

☑ Check if this is community property (see instructions)

House: Doublewide manufactured home (21st Mortgage has lien) on land (Complex CU has lien) w/address at 8682 Highway 17, Balmorea, TX.

Store: On same land as house w/address at 8686 Highway 17, Balmorea, TX. (Lien on store held by Pecos County State Bank)

(Don Weinact has real estate lien)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................ → $160,500.00

Debtor 1    **Hector**              **Galindo**              **Rodriguez**           Case number (if known)  **16-70177**
            First Name              Middle Name              Last Name

| **Part 2:** | **Describe Your Vehicles** |
| --- | --- |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

**3.1.**
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
**2007 Harley Davidson motorcycle**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$6,500.00**
Current value of the portion you own?  **$6,500.00**

**3.2.**
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
**2005 Dodge Ram**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$3,750.00**
Current value of the portion you own?  **$3,750.00**

**3.3.**
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
**2010 Toyota Tundra**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$8,500.00**
Current value of the portion you own?  **$8,500.00**

**3.4.**
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
**2008 Honda Accord**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$3,925.00**
Current value of the portion you own?  **$3,925.00**

**3.5.**
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
**2004 Camry**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$2,200.00**
Current value of the portion you own?  **$2,200.00**

Debtor 1    **Hector**          **Galindo**          **Rodriguez**              Case number (if known)   **16-70177**
   First Name    Middle Name    Last Name

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
  *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
  ☑ No
  ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
  entries for pages you have attached for Part 2. Write that number here.................................➔    **$24,875.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

6. **Household goods and furnishings**
  *Examples:* Major appliances, furniture, linens, china, kitchenware
  ☐ No
  ☑ Yes. Describe.....  **Household goods and furnishings**        **$7,400.00**

7. **Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
     music collections; electronic devices including cell phones, cameras, media players, games
  ☑ No
  ☐ Yes. Describe.....

8. **Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
     stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
  ☑ No
  ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
     canoes and kayaks; carpentry tools; musical instruments
  ☑ No
  ☐ Yes. Describe.....

10. **Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ☑ No
  ☐ Yes. Describe.....

11. **Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ☑ Yes. Describe.....  **Debtor's clothing**          **$2,000.00**

12. **Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
     gold, silver
  ☑ No
  ☐ Yes. Describe.....

13. **Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☑ No
  ☐ Yes. Describe.....

Debtor 1  **Hector**  **Galindo**  **Rodriguez**  Case number *(if known)*  **16-70177**
First Name    Middle Name    Last Name

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here....................................................................→ **$9,400.00**

| Part 4: | Describe Your Financial Assets |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.......................................................................................  Cash: ...................... **$4,374.35**

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.........................  Institution name:

17.1.  Other financial account:  **West Texas National Bank - Business checking**  $0.00
17.2.  Other financial account:  **West Texas Credit Union - personal checking**  $0.00

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.........................  Name of entity:  % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.........................  Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.  Type of account:  Institution name:

Schedule A/B: Property

Debtor 1  **Hector**        **Galindo**        **Rodriguez**                     Case number (if known)  **16-70177**
_____  _____  _____
First Name       Middle Name       Last Name

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................       Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................  Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                                  _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                                  _____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific       **Liquor license**
information about them                                                    _____ **$0.00**

**Money or property owed to you?**                                         Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether         Federal: _____ **$0.00**
you already filed the returns
and the tax years....................  State: _____ **$0.00**

Local: _____ **$0.00**

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information
Alimony: _____ **$0.00**

Maintenance: _____ **$0.00**

Support: _____ **$0.00**

Divorce settlement: _____ **$0.00**

Property settlement: _____ **$0.00**

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information                                           _____

Official Form 106A/B                    Schedule A/B: Property

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value................ Company name:                              Beneficiary:                              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

- ☑ No
- ☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

- ☑ No
- ☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

- ☑ No
- ☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

- ☑ No
- ☐ Yes. Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................➔ | **$4,374.35** |

---

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

- ☐ No. Go to Part 6.
- ☑ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

- ☑ No
- ☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

- ☑ No
- ☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ☐ No
- ☑ Yes. Describe.. **See continuation page(s).**                                                    $32,900.00

**41. Inventory**

- ☐ No
- ☑ Yes. Describe.. **See continuation page(s).**                                                    $8,104.00

Official Form 106A/B                              Schedule A/B: Property                              page 6

Debtor 1    **Hector**          **Galindo**         **Rodriguez**              Case number (if known)  **16-70177**
            First Name          Middle Name         Last Name

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                                            % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe.....

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
    attached for Part 5. Write that number here....................................................................... →  | $41,004.00 |

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....                                                                         _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes. Give specific
       information...............                                                 _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes...                                                                          _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                         _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
       information...............                                                 _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
    attached for Part 6. Write that number here....................................................................... →  | $0.00 |

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | 16-70177 |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here............................... → **$0.00**

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................... → **$160,500.00**

56. Part 2: Total vehicles, line 5 — **$24,875.00**

57. Part 3: Total personal and household items, line 15 — **$9,400.00**

58. Part 4: Total financial assets, line 36 — **$4,374.35**

59. Part 5: Total business-related property, line 45 — **$41,004.00**

60. Part 6: Total farm- and fishing-related property, line 52 — **$0.00**

61. Part 7: Total other property not listed, line 54 + **$0.00**

62. **Total personal property.** Add lines 56 through 61................. **$79,653.35** Copy personal property total → + **$79,653.35**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62........................................... **$240,153.35**

| Debtor 1 | __Hector__ | __Galindo__ | __Rodriguez__ | | Case number (if known)   __16-70177__ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

40. __Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):__

| | |
|---|---|
| Enclosed trailer | $500.00 |
| Portable outdoor grill | $400.00 |
| Restaurant equipment: Tables & chairs, grill, oven, television | $8,500.00 |
| Store equipment: shelves, cash register | $3,500.00 |
| Fuel equipment: fuel pumps, storage tank | $20,000.00 |

41. __Inventory (details):__

| | |
|---|---|
| Fuel inventory | $800.00 |
| Grocery inventory | $1,600.00 |
| Restaurant inventory | $5,704.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number | **16-70177** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

Brief description:
**2 acres with house and store**

**House: Doublewide manufactured home (21st Mortgage has lien) on land (Complex CU has lien) w/address at 8682 Highway 17, Balmorea, TX**

**Store: On same land as house w/address at 8686 Highway 17, Balmorea, TX. (Lien on store held by Pecos County State Bank)**

**(Don Weinact has real estate lien)**
Line from *Schedule A/B*: ___1.1___

Current value: $160,500.00
☑ $51,500.00
☐ 100% of fair market value, up to any applicable statutory limit

Specific laws: Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002

---

Brief description:
**2007 Harley Davidson motorcycle**
Line from *Schedule A/B*: ___3.1___

$6,500.00
☑ $6,500.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)

---

Brief description:
**2005 Dodge Ram**
Line from *Schedule A/B*: ___3.2___

$3,750.00
☑ $3,750.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)

---

Brief description:
**2010 Toyota Tundra**
Line from *Schedule A/B*: ___3.3___

$8,500.00
☑ $2,128.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)

---

Brief description:
**2008 Honda Accord**
Line from *Schedule A/B*: ___3.4___

$3,925.00
☑ $3,925.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)

---

Brief description:
**2004 Camry**
Line from *Schedule A/B*: ___3.5___

$2,200.00
☑ $2,200.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)

---

Brief description:
**Household goods and furnishings**
Line from *Schedule A/B*: ___6___

$7,400.00
☑ $7,400.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Debtor's clothing** Line from *Schedule A/B*: __11__ | $2,000.00 | ☑ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description: **Enclosed trailer** Line from *Schedule A/B*: __40__ | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description: **Portable outdoor grill** Line from *Schedule A/B*: __40__ | $400.00 | ☑ $400.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description: **Restaurant equipment: Tables & chairs, grill, oven, television** Line from *Schedule A/B*: __40__ | $8,500.00 | ☑ $8,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description: **Store equipment: shelves, cash register** Line from *Schedule A/B*: __40__ | $3,500.00 | ☑ $3,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description: **Fuel equipment: fuel pumps, storage tank** Line from *Schedule A/B*: __40__ | $20,000.00 | ☑ $19,197.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-70177**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

**21ST Mortgage Corp**
Creditor's name
**620 Market St Ste 100**
Number      Street

Describe the property that
secures the claim:
**Home**

$39,000.00      $160,500.00

_____

**Knoxville**          **TN**   **37902**
City                    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Mortgage on Mobile home**

Last 4 digits of account number ____  ____  **1**  **8**

Add the dollar value of your entries in Column A on this page. Write
that number here:

$39,000.00

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1

Debtor 1 **Hector** **Galindo** **Rodriguez**
First Name   Middle Name   Last Name

Case number (if known) **16-70177**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.2**

**Complex Community FCU**
Creditor's name
**4900 E. 52nd St.**
Number   Street

Describe the property that secures the claim:

**Land that house sits on**

$23,000.00 | $160,500.00

**Odessa** **TX** **79762**
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Mortgage**

Date debt was incurred _____

Last 4 digits of account number  **8   0   0   0**

**2.3**

**Pecos County State Bank**
Creditor's name
**P.O. Box 1527**
Number   Street

Describe the property that secures the claim:

**Store**

$47,000.00 | $160,500.00

**Fort Stockton** **TX** **79735**
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Mortgage**

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

**$70,000.00**

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2

Debtor 1    **Hector**          **Galindo**          **Rodriguez**                    Case number (if known)  **16-70177**

First Name          Middle Name          Last Name

| Part 1: | Additional Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>if any |
|---|---|---|---|

**2.4**

**Toyota Motor Credit Corp**

Creditor's name

**14100 San Pedro Ave., Ste**

Number     Street

Describe the property that secures the claim:

**Tundra**

| $6,372.00 | $8,500.00 |
|---|---|

**San Antonio**        **TX**    **78232**

City                State   ZIP Code

**Who owes the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred**  _____

**whats left from previous case.**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.

- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Purchase Money**

**Last 4 digits of account number**    **4    1    0    6**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $6,372.00 |
|---|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $115,372.00 |
|---|

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Toyota** | | On which line in Part 1 did you enter the creditor? | 2.4 |
|---|---|---|---|---|
| | Name | | | |
| | **P.O. Box 5855** | | Last 4 digits of account number ___ ___ ___ ___ | |
| | Number        Street | | | |
| | | | | |
| | **Carol Stream** | **IL**     **60197** | | |
| | City | State    ZIP Code | | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Hector**     **Galindo**     **Rodriguez** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **16-70177**

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | | | |
| | | $2,123.71 | $972.03 | $1,151.68 |

**IRS**
Priority Creditor's Name
**P.O. Box 21126**
Number    Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**Philadelphia**    **PA**    **19114-0326**
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

| Debtor 1 | Hector | Galindo | Rodriguez | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 1:  Your PRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

**Jeanne Morales, Attorney**
Priority Creditor's Name
**P.O. Box 11043**
Number        Street

_____

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $2,200.00 | $2,200.00 | $0.00 |

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    2012

**Midland            TX    79702**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other.  Specify
  **Attorney fees for this case**

| Debtor 1 | Hector | Galindo | Rodriguez | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

### 4.1

**American Education Services**
Nonpriority Creditor's Name
**1200 N 7th ST**
Number      Street

**Harrisburg          PA      17102**
City                            State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3  P  A  0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$31,470.00**

### 4.2

**American Express**
Nonpriority Creditor's Name
**PO BOX 981537**
Number      Street

**El Paso          TX      79998**
City                            State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**POC # 20**

Last 4 digits of account number   8  4  5  3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**$2,652.78**

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | Total claim |
|---|---|---|

**4.3**

| | | |
|---|---|---|
| American InfoSource LP | Last 4 digits of account number ___ ___ ___ ___ | $158.08 |
| Nonpriority Creditor's Name | When was the debt incurred? _____ | |
| P.O. Box 268941 | | |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Oklahoma City**    **OK**    **73126** | ☐ Disputed | |
| City    State    ZIP Code | | |
| **Who incurred the debt?** Check one. | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Debtor 1 only | ☐ Student loans | |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ At least one of the debtors and another | ☑ Other.  Specify | |
| ☐ Check if this claim is for a community debt | **Collecting for -** | |
| **Is the claim subject to offset?** | | |
| ☑ No | | |
| ☐ Yes | | |

**POC # 6 - GE Moneybank (care credit?)**

**4.4**

| | | |
|---|---|---|
| American InfoSource LP | Last 4 digits of account number ___ ___ ___ ___ | $1,046.69 |
| Nonpriority Creditor's Name | When was the debt incurred? _____ | |
| P.O. Box 268941 | | |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Oklahoma City**    **OK**    **73126** | ☐ Disputed | |
| City    State    ZIP Code | | |
| **Who incurred the debt?** Check one. | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Debtor 1 only | ☐ Student loans | |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ At least one of the debtors and another | ☑ Other.  Specify | |
| ☐ Check if this claim is for a community debt | **Collecting for -** | |
| **Is the claim subject to offset?** | | |
| ☑ No | | |
| ☐ Yes | | |

**POC # 7 - Credit One Bank**

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.5**

| | | Total claim |
|---|---|---|
| **Applied Bank** | Last 4 digits of account number  3  3  7  2 | $1,753.34 |
| Nonpriority Creditor's Name | When was the debt incurred? | |
| **Po Box 10210** | | |
| Number        Street | As of the date you file, the claim is: Check all that apply. | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Wilmington** | **DE** | **19850** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

POC filed by Quantum 3 #17

**4.6**

| | | Total claim |
|---|---|---|
| **Aqua Finance** | Last 4 digits of account number  0  0  8  4 | $1,628.24 |
| Nonpriority Creditor's Name | When was the debt incurred? | |
| **1 Corporate Dr** | | |
| Number        Street | As of the date you file, the claim is: Check all that apply. | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Wausau** | **WI** | **54401** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Money Owed**

**Is the claim subject to offset?**
☑ No
☐ Yes

POC filed by Quantum 3 #14

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

### 4.7

**Bank of America**
Nonpriority Creditor's Name

**PO BOX 982235**
Number     Street

_____

**El Paso**               **TX**    **79998**
City                           State    ZIP Code

**$0.00**

**Last 4 digits of account number**  0  7  2  4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2109**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Money Owed**

### 4.8

**Cach LLC/Collect America**
Nonpriority Creditor's Name

**4340 S. Monaco St Fl 2**
Number     Street

_____

**Denver**               **CO**    **80237**
City                           State    ZIP Code

**$1,771.59**

**Last 4 digits of account number**  1  4  5  9

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**POC filed by Jefferson #19**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unknown**

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | | Case number (if known)  **16-70177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.9 | | |
|---|---|---|

**Calvary Portfolio Service**
Nonpriority Creditor's Name
**P.O. Box 27288**
Number        Street

Last 4 digits of account number    2  9  2  9

$1,383.03

**When was the debt incurred?**

| **Tempe** | **AZ** | **85285** |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collections**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

POC #1 - (HSBC)

| 4.10 | | |
|---|---|---|

**Capital One**
Nonpriority Creditor's Name
**P. O. Box 30285**
Number        Street

Last 4 digits of account number    2  8  7  0

$0.00

**When was the debt incurred?**

| **Salt Lake City** | **UT** | **84130** |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

& acct 411507256955
& acct 517805263464
$1559.00

Debtor 1  **Hector**          **Galindo**          **Rodriguez**          Case number (if known)  **16-70177**
 First Name          Middle Name          Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |

**4.11**

|  |  |
|---|---|
| **Capital One** |  **$0.00** |
| Nonpriority Creditor's Name | |
| **P. O. Box 30285** | |
| Number      Street | |

Last 4 digits of account number  **2  8  7  0**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salt Lake City**      **UT**    **84130**
City                  State    ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1559**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.12**

|  |  |
|---|---|
| **Capital One Auto Finance** |  **$0.00** |
| Nonpriority Creditor's Name | |
| **3905 Dallas Pkwy** | |
| Number      Street | |

Last 4 digits of account number  **8  6  8  5**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Plano**          **TX**    **75093**
City              State    ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8256**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deficiency on a Repossession**

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known)  **16-70177** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | | Total claim |
|---|---|---|

| 4.13 | |
|---|---|

**Chase Bank USA**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number         Street

_____

**Wilmington**          **DE**    **19850**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**POC filed by Portfolio #22**

**Last 4 digits of account number**   **3**  **2**  **4**  **6**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Money Owed**

$2,811.45

| 4.14 | |
|---|---|

**First Premier Bank**
Nonpriority Creditor's Name
**601 S Minnesota Ave**
Number         Street

**Sioux Falls**          **SD**    **57104**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**& acct # 517760732591..**
**$506**

**Last 4 digits of account number**   **3**  **8**  **1**  **2**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

$506.00

| Debtor 1 | Hector | Galindo | Rodriguez | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

4.15

**fortis**
Nonpriority Creditor's Name
P.O. Box 50075
Number     Street

_____

| Midland | TX | 79710 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$14,690.37**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Purchase Money**

---

4.16

**HOME DEPOT/CITIBANK**
Nonpriority Creditor's Name
PO BOX 6497
Number     Street

_____

| SIOUX FALLS | SD | 57117 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$482**

**$0.00**

Last 4 digits of account number  1  0  8  8

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.17**

**Howards Petroleum**
Nonpriority Creditor's Name

**P.O. Box 996**
Number        Street

_____

$0.00

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Marfa** | **TX** | **79843** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1600**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Money Owed**

**4.18**

**HSBC Bank Nevada**
Nonpriority Creditor's Name

**PO BOX 5253**
Number        Street

_____

$0.00

Last 4 digits of account number  0  3  1  0

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Carol Stream** | **IL** | **60197** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Claim # 1**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

---

**4.19**

**Joseph A. Carlson**
Nonpriority Creditor's Name
**279 Shadow Mountain Ste E-0307**
Number          Street

_____

**EL Paso**          **TX**    **79912**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Default Judgment suit**

**$4,800.00**

---

**4.20**

**Mantis Funding LLC**
Nonpriority Creditor's Name
**64 Beaver St. Ste 344**
Number          Street

_____

**New York**          **NY**    **10004**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for -**

**$0.00**

---

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.21 | | **$848.38** |
|---|---|---|

**Midland Funding**
Nonpriority Creditor's Name
**8875 Aero DR STE 200**
Number      Street

**San Diego**          **CA**    **92123**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4   6   1   5**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Debt**

**Claim # 5 (formerly Chase) - filed by American InfoSource**

| 4.22 | | **$0.00** |
|---|---|---|

**Onemain**
Nonpriority Creditor's Name
**6801 Colwell Blvd**
Number      Street

**Irving**             **TX**    **75039**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$166**

**Last 4 digits of account number**   **2   6   1   6**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Money Owed**

| Debtor 1 | Hector | Galindo | Rodriguez | | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.23

**$12,000.00**

**R & R Collection**
Nonpriority Creditor's Name

**1007 W. Illinois Ave.**
Number        Street

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**Midland                TX      79701**
City                      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for -West Tx Natl Bank**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 4.24

**$11,000.00**

**Riken Pump & Gas**
Nonpriority Creditor's Name

Number        Street

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

City                      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor 1 | Hector | Galindo | Rodriguez | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.25**
$0.00

**Ruben Fuentes**
Nonpriority Creditor's Name

**Box 7**
Number          Street

**Balmorhea**          **TX**    **79718**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1359**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Loan**

**4.26**
$0.00

**Sams Club Credit Card**
Nonpriority Creditor's Name

**PO Box 965004**
Number     Street

**Orlando**          **FL**    **32896**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2414.29**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

| Debtor 1 | Hector | Galindo | Rodriguez | | Case number (if known) 16-70177 |
|----------|--------|---------|-----------|--|--------------------------------|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.27

$0.00

**SC Fuels**
Nonpriority Creditor's Name
**P.O. Box 1311**
Number        Street

_____

**Odessa**                    **TX    79760**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$2500**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Money Owed**

### 4.28

$996.40

**Target National Bank**
Nonpriority Creditor's Name
**PO BOX 673**
Number        Street

_____

**Minneapolis**               **MN    55440**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Claim # 3**

**Last 4 digits of account number**  2  8  8  5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

| Debtor 1 | Hector | Galindo | Rodriguez | | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.29

**$464.12**

**Webbank-Fingerhut**
Nonpriority Creditor's Name
**6250 Ridgewood Rd.**
Number        Street

**Saint Cloud        MN    56303**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**POC #23**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Money Owed**

### 4.30

**$0.00**

**West Texas Gas**
Nonpriority Creditor's Name
**P.O. Box 3514**
Number        Street

**Midland        TX    79702**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$19000**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Money Owed**

| Debtor 1 | Hector | Galindo | Rodriguez | | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.31

**West Texas National Bank**
Nonpriority Creditor's Name
**100 E. 6th Street**
Number        Street

**Pecos**          **TX**    **79772**
City              State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Bank acct**

**$12,000.00**

### 4.32

**Westex Community Credit**
Nonpriority Creditor's Name
**200 E Austin St**
Number        Street
**Kermit, TX 79745.**

City                    State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  0  0  3  8

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Money Owed**

**$16,106.80**

| Debtor 1 | Hector | Galindo | Rodriguez | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|
| | |

4.33

| | | |
|---|---|---|
| **WFNNB/ BEALLS** | Last 4 digits of account number | 5   0   7   9 |
| Nonpriority Creditor's Name | When was the debt incurred? | |
| **PO Box 182789** | | |
| Number         Street | **As of the date you file, the claim is:** Check all that apply. | |

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**COLUMBUS**          **OH**    **43218**
City                          State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who incurred the debt?**    Check one.

☐ Student loans
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

☐ Check if this claim is for a community debt

**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

$795

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
|----------|------------|-------------|---------------|------------------------|--------------|
| | First Name | Middle Name | Last Name | | |

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5.    Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

**Justic of Peace**
Name

**Precinct One**
Number      Street

**424 Executive Center, Ste 100**

**El Paso**                    **TX**      **79902**
City                                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6.  Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.  28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $2,123.71 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $2,200.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. $4,323.71 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $31,470.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $86,617.27 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. $118,087.27 |

**Fill in this information to identify your case:**

Debtor 1    **Hector**            **Galindo**          **Rodriguez**
            First Name           Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **16-70177**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 **Any creditor** <br> Name <br><br> Number   Street <br><br> City            State    ZIP Code | Debtor specifically rejects any contractual provisions relating to claim arbitration for any debts as indicated in the Schedules attached hereto and incorporated herein by reference. **Contract to be REJECTED** |

**Fill in this information to identify your case:**

Debtor 1    __Hector__      __Galindo__      __Rodriguez__
           First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name       Last Name

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number   __16-70177__
(if known)

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☑ No
        ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:*   **Your codebtor**

*Column 2:*   **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | City      State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.15__
☐ Schedule G, line_____
**fortis**

| 3.2 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | City      State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.19__
☐ Schedule G, line_____
**Joseph A. Carlson**

Debtor 1   **Hector**          **Galindo**          **Rodriguez**           Case number (if known)   **16-70177**
    First Name          Middle Name          Last Name

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

### 3.3   **Spouse Name Not Entered**
Name

Number      Street

City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.1**
☐ Schedule G, line _____
**Justic of Peace**

### 3.4   **Spouse Name Not Entered**
Name

Number      Street

City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.23**
☐ Schedule G, line _____
**R & R Collection**

### 3.5   **Spouse Name Not Entered**
Name

Number      Street

City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.24**
☐ Schedule G, line _____
**Riken Pump & Gas**

### 3.6   **Spouse Name Not Entered**
Name

Number      Street

City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.31**
☐ Schedule G, line _____
**West Texas National Bank**

Official Form 106H                    **Schedule H: Your Codebtors**                    page 2

**Fill in this information to identify your case:**

| Debtor 1 | Hector | Galindo | Rodriguez |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-70177**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

**Official Form 106I**

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | Owner/Manager | |
| Employer's name | | Juan Carrasco Mercantile | |
| Employer's address | | 8686 Hwy 17 | |
| | | Number Street | Number Street |
| | | Balmorhea       TX   79718 | |
| | | City                State  Zip Code | City          State   Zip Code |
| How long employed there? | | 8 yrs | |

### Part 2: Give Details About Monthly Income

Estimate income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Debtor 1 __Hector__ __Galindo__ __Rodriguez__     Case number (if known) __16-70177__

First Name     Middle Name     Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................ → 4. | $0.00 | $0.00 |
| **5.** | **List all payroll deductions:** | | |
| | 5a. Tax, Medicare, and Social Security deductions  5a. | $0.00 | $0.00 |
| | 5b. Mandatory contributions for retirement plans  5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans  5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans  5d. | $0.00 | $0.00 |
| | 5e. Insurance  5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations  5f. | $0.00 | $0.00 |
| | 5g. Union dues  5g. | $0.00 | $0.00 |
| | 5h. Other deductions.  Specify: _____  5h. + | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.  6. | $0.00 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. | $0.00 | $0.00 |
| **8.** | **List all other income regularly received:** | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm  8a. | $6,608.18 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | 8b. Interest and dividends  8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive  8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | 8d. Unemployment compensation  8d. | $0.00 | $0.00 |
| | 8e. Social Security  8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____  8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income  8g. | $0.00 | $0.00 |
| | 8h. Other monthly income.  Specify: __Wife's contribution to household__  8h. + | $325.00 | $0.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.  9. | $6,933.18 | $0.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9.  10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $6,933.18 + | $0.00 = $6,933.18 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____     11. + $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.     12. $6,933.18

Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: [    . ]

Official Form 106I     Schedule I: Your Income     page 2

| Debtor 1 | Hector | Galindo | Rodriguez | | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

8a.  Attached Statement (Debtor 1)

## Debtor Income and Expense

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income for 12 Months Prior to Filing:    $714,199.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income:    $20,586.08

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

3. Net Employee Payroll (Other Than Debtor):    $3,000.00
4. Payroll Taxes:    $0.00
5. Unemployment Taxes:    $0.00
6. Worker's Compensation:    $0.00
7. Other Taxes:    $0.00
8. Inventory Purchases (including raw materials):    $1,763.90
9. Purchase of Feed/Fertilizer/Seed/Spray:    $0.00
10. Rent (other than debtor's principal residence):    $0.00
11. Utilities:    $2,668.00
12. Office Expenses and Supplies:    $127.00
13. Repairs and Maintenance:    $250.00
14. Vehicle Expenses:    $417.00
15. Travel and Entertainment:    $300.00
16. Equipment Rental and Leases:    $0.00
17. Legal/Accounting/Other Professional Fees:    $700.00
18. Insurance:    $508.00
19. Employee Benefits (e.g., pension, medical, etc.):    $0.00
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify):

   **taxes**    $3,400.00
21. Other (Specify):

   **Bank Charges**    $375.00
   **Pest Control**    $184.00
   **Telephone/Cell Phones**    $285.00
22. Total Monthly Expenses (Add items 3 - 21)    $13,977.90

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    $6,608.18

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Hector | Galindo | Rodriguez |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-70177**
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Wife | | ☐ No ☒ Yes |
   | Son | 24 | ☐ No ☒ Yes |
   | Grandchild | | ☐ No ☒ Yes |
   | Grandchild | | ☐ No ☒ Yes |
   | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | _____ |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | _____ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $189.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $250.00 |
| 4d. Homeowner's association or condominium dues | 4d. | _____ |

Debtor 1  __Hector__  ___Galindo___  ___Rodriguez___        Case number (if known)  __16-70177__
         First Name    Middle Name      Last Name

Your expenses

5.  **Additional mortgage payments for your residence,** such as home equity loans          5.  _____

6.  **Utilities:**

   6a.  Electricity, heat, natural gas          6a.  ___$250.00__

   6b.  Water, sewer, garbage collection          6b.  ___$180.00__

   6c.  Telephone, cell phone, Internet, satellite, and cable services          6c.  ___$155.00__

   6d.  Other. Specify: _____          6d.  _____

7.  **Food and housekeeping supplies**          7.  ___$475.00__

8.  **Childcare and children's education costs**          8.  _____

9.  **Clothing, laundry, and dry cleaning**          (See continuation sheet(s) for details) 9.  ___$500.00__

10. **Personal care products and services**          10.  ___$175.00__

11. **Medical and dental expenses**          11.  ___$275.00__

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.          12.  ___$400.00__

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**          13.  ___$125.00__

14. **Charitable contributions and religious donations**          14.  _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance          15a.  _____

   15b.  Health insurance          15b.  ___$285.00__

   15c.  Vehicle insurance          15c.  ___$270.00__

   15d.  Other insurance. Specify: _____          15d.  _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: __Property Taxes__          16.  ___$450.00__

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1          17a.  _____

   17b.  Car payments for Vehicle 2          17b.  _____

   17c.  Other. Specify: _____          17c.  _____

   17d.  Other. Specify: _____          17d.  _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**          18.  _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____          19.  _____

Debtor 1  __Hector_____  __Galindo_____  __Rodriguez_____     Case number (if known)  __16-70177_____
First Name              Middle Name              Last Name

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a. Mortgages on other property                                          20a. _____

20b. Real estate taxes                                                    20b. _____

20c. Property, homeowner's, or renter's insurance                         20c. _____

20d. Maintenance, repair, and upkeep expenses                             20d. _____

20e. Homeowner's association or condominium dues                          20e. _____

21. **Other.** Specify: _____      21. +_____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                              22a. |_____$3,979.00|

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. |_____|

22c. Add line 22a and 22b. The result is your monthly expenses.           22c. |_____$3,979.00|

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.         23a. _____$6,933.18

23b. Copy your monthly expenses from line 22c above.                      23b. −_____$3,979.00

23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income.   23c. |_____$2,954.18|

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes. Explain here:

.

| Debtor 1 | Hector | Galindo | Rodriguez | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

9.  Clothing, laundry, and dry cleaning (details):
    **Clothing**
    **Laundry/Dry Cleaning**

    Clothing                                                 $200.00
    Laundry/Dry Cleaning                                     $300.00

                                              Total:         $500.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Hector | Galindo | Rodriguez |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **16-70177**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____   X _____
Hector Galindo Rodriguez, Debtor 1          Signature of Debtor 2

Date _____                Date _____
MM / DD / YYYY                       MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Hector | Galindo | Rodriguez |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-70177**
(if known)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Hector | Galindo | Rodriguez | | Case number (if known) | 16-70177 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.   Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | Case number (if known) | **16-70177** |
| | First Name | Middle Name | Last Name | | |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

- ☑ No
- ☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

- ☑ No
- ☐ Yes. List all payments that benefited an insider.

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Small Claims/Debt Claim Citation** | **suit for non payment** | **Justic of The Peace** <br> Court Name <br> **424 Executive Center Ste 100** <br> Number    Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number **115-00201-CV** | | **El Paso            TX    79902** <br> City              State  ZIP Code | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

- ☑ No. Go to line 11.
- ☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

Debtor 1    **Hector**           **Galindo**            **Rodriguez**                     Case number (if known)   16-70177
            First Name           Middle Name            Last Name

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☒ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☒ No
    ☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☒ No
    ☐ Yes. Fill in the details.

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

    ☐ No
    ☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Jeanne Morales** <br> Person Who Was Paid <br><br> **P.O. Box 11043** <br> Number    Street <br><br> **Midland**          **TX**    **79702** <br> City                State    ZIP Code <br><br> Email or website address <br><br> Person Who Made the Payment, if Not You | | 11/2016 | $1,500.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☒ No
    ☐ Yes. Fill in the details.

Debtor 1   **Hector**          **Galindo**          **Rodriguez**          Case number (if known) **16-70177**
     First Name         Middle Name         Last Name

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes.  Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

## Part 9:   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Hector** | **Galindo** | **Rodriguez** | | Case number (if known) | **16-70177** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

| Debtor 1 | Hector | Galindo | Rodriguez | Case number (if known) _____ |
|----------|--------|---------|-----------|------------------|
| | First Name | Middle Name | Last Name | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____

Hector Galindo Rodriguez, Debtor 1                    Signature of Debtor 2

Date _____                    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).